ACCEPTED
06-15-00012-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
7/29/2015 2:04:10 PM
DEBBIE AUTREY
CLERK

**No.** 06-15-00012-CR, 06-15-00013-CR, 06-15-00014-CR, 06-15-00015-CR, 06-15-00016-CR, 06-15-00017-CR

<table>
<tr><td>In the Court of Appeals for the<br>Sixth District of Texas<br>At Texarkana</td><td>FILED IN<br>6th COURT OF APPEALS<br>TEXARKANA, TEXAS<br><br>7/29/2015 2:04:10 PM<br><br>DEBBIE AUTREY<br>Clerk</td></tr>
</table>

_____

**GARY MORROW,**
**Appellant**

*v.*

**STATE OF TEXAS,**
**Appellee**

_____

**FIRST MOTION FOR EXTENSION OF TIME**
**TO FILE BRIEF OF APPELLANT GARY MORROW**

_____

COMES NOW, Micah Belden, Counsel for Gary Morrow, and moves for a thirty day extension of time and would show:

The Court Reporter's record was filed on June 29, 2015. Counsel has been unable to file his Appellant's brief herein by July 29, 2015 due to the extremely large volume of the record in this case, along with Counsel's obligations in other cases including trial this week. Counsel requests an extension of time to August 28, 2015 in which to file Appellant's brief and represents that it should be filed on or before that date.

Respectfully submitted,

/s/ *Micah Belden*
Micah Belden
711 N. Travis
Sherman, TX 75090
Telephone: (903) 744-4252
Fax: (903) 893-1734
State Bar No. 24044294
Board Certified in Criminal Law
Texas Board of Legal Specialization

## CERTIFICATE OF SERVICE

I do hereby certify that on this July 29, 2015, a true and correct copy of this motion was forwarded by email to:

Brad Setterberg
Assistant Fannin County District Attorney
101 E. Sam Rayburn, Third Floor
Bonham, TX 75418

_____/s/_____
Micah Belden